# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **DALI WIRELESS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**CORNING, INC. and CORNING OPTICAL COMMUNICATIONS LLC,**<br><br>Defendant. | Civil Action No. 6:20-CV-01108-ADA<br><br>**JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER GRANTING CORNING, INC. AND CORNING OPTICAL COMMUNICATIONS LLC'S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF TEXAS PURSUANT TO 28 U.S.C. § 1404(a)

Before the Court is Defendants Corning, Inc. and Corning Optical Communications LLC's (collectively, "Corning") Motion to Transfer to the Northern District of Texas ("Motion"). After consideration of the Parties' arguments and the applicable law, the Court **GRANTS** Corning's Motion and transfers this case to the Northern District of Texas, Dallas Division.

Signed this ___ day of _____, 202__

_____
HONORABLE ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE