# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| DALI WIRELESS, INC., a Delaware Corporation, | ) ) ) |
| Plaintiff, | ) Case No. 6:20-cv-01108-ADA ) |
| v. | ) **JURY TRIAL DEMANDED** ) |
| CORNING, INC., a New York Corporation, and CORNING OPTICAL COMMUNICATIONS LLC, a North Carolina Limited Liability Company, | ) ) ) ) ) |
| Defendants. | ) ) |

## [PROPOSED] AGREED SCHEDULING ORDER

The parties submit the following Proposed Agreed Scheduling Order pursuant to Federal Rule of Civil Procedure 16 and the Court's January 22, 2021 email message providing that the Case Management Conference shall be "[d]eemed to have occurred on" February 8, 2021.

The Court therefore ORDERS that the following schedule will govern deadlines up to and including the trial of this matter.

| Date | Event |
|---|---|
| February 1, 2021 | Plaintiff serves preliminary[1] infringement contentions in the form of a chart setting forth where in the accused product(s) each element of the asserted claim(s) are found. Plaintiff shall also identify the earliest priority date (*i.e.*, the earliest date of invention) for each asserted claim and produce: (1) all documents evidencing conception and reduction to practice for each claimed invention, and (2) a copy of the file history for each patent in suit. |

---

[1] The parties may amend preliminary infringement contentions and preliminary invalidity contentions without leave of court so long as counsel certifies that it undertook reasonable efforts to prepare its preliminary contentions and the amendment is based on material identified after those preliminary contentions were served, and should do so seasonably upon identifying any such material. Any amendment to add patent claims requires leave of court so that the Court can address any scheduling issues.

| Date | Event |
|---|---|
| February 22, 2021 | Deadline for Motions to Transfer[2] |
| March 1, 2021 | Substantial completion of document production relating to Defendants' motion to transfer. |
| March 29, 2021 | Defendants serve preliminary invalidity contentions in the form of (1) a chart setting forth where in the prior art references each element of the asserted claim(s) are found, (2) an identification of any limitations the Defendants contend are indefinite or lack written description under section 112, and (3) an identification of any claims the Defendants contend are directed to ineligible subject matter under section 101. Defendants shall also produce (1) all prior art referenced in the invalidity contentions, (2) technical documents, including software where applicable, sufficient to show the operation of the accused product(s), and (3) summary, annual sales information for the accused product(s) for the two years preceding the filing of the Complaint, unless the parties agree to some other timeframe. |
| April 9, 2021 | Close of discovery relating to Defendants' motion to transfer.[3] |
| April 16, 2021 | Parties exchange claim terms for construction. |
| April 23, 2021 | Plaintiff files Opposition transfer motion brief. |
| April 30, 2021 | Defendants file Reply transfer motion brief. |
| April 30, 2021 | Parties exchange proposed claim constructions. |

---

[2] Defendants filed their Opposed Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) on December 30, 2020 (ECF No. 12).

[3] Plaintiff is preliminarily amenable to setting a date for completion of venue-related discovery that is earlier than the default of six months set forth in the Court's November 19, 2020 Standing Order Regarding Venue and Jurisdictional Discovery Limits for Patent Cases. Plaintiff reserves all rights to move the Court to extend the period of venue-related discovery up to and including the Court's default date of June 30, 2021, based on the subsequent progress of such discovery (with Plaintiff's deadline to file its brief in opposition to Defendants' motion to transfer to occur 14 days following any such adjourned close of discovery).

| Date | Event |
| --- | --- |
| May 4, 2021 | Parties may commence fact discovery as to third parties, following a meet and confer process in which each such third party shall be specifically identified. To the extent that the parties dispute whether early fact discovery is appropriate as to a particular third party, no such discovery shall commence as to that third party without first obtaining leave of Court. |
| May 7, 2021 | Parties disclose extrinsic evidence. The parties shall disclose any extrinsic evidence, including the identity of any expert witness they may rely upon with respect to claim construction or indefiniteness. With respect to any expert identified, the parties shall identify the scope of the topics for the witness's expected testimony.[4] With respect to items of extrinsic evidence, the parties shall identify each such item by production number or produce a copy of any such item if not previously produced. |
| May 14, 2021 | Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions. |
| May 21, 2021 | Plaintiff files Opening claim construction brief, including any arguments that any claim terms are indefinite. |
| June 11, 2021 | Defendants file Responsive claim construction brief. |
| June 25, 2021 | Plaintiff files Reply claim construction brief. |
| July 9, 2021 | Defendants file Sur-Reply claim construction brief. |
| July 13, 2021 | Parties submit Joint Claim Construction Statement.<br><br>See General Issues Note #8 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). |
| July 16, 2021 | Parties submit optional technical tutorials to the Court and technical adviser (if appointed).[5] |
| July 26, 2021 | *Markman* Hearing at 9:30 AM for a half day. |
| July 27, 2021 | Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a). |

---

[4] Any party may utilize a rebuttal expert in response to a brief where expert testimony is relied upon by the other party.

[5] The parties should contact the law clerk to request a Box link so that the party can directly upload the file to the Court's Box account.

| Date | Event |
|---|---|
| September 3, 2021 | Deadline to add parties. |
| September 20, 2021 | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to Infringement or Invalidity contentions. This deadline does not relieve the Parties of their obligation to seasonably amend if new information is identified after initial contentions. |
| November 12, 2021 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or patent claims. (Note: This includes amendments in response to a 12(c) motion.) |
| November 22, 2021 | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court's Law Clerk to arrange a teleconference with the Court to resolve the disputed issues. |
| December 14, 2021 | Close of Fact Discovery. |
| December 21, 2021 | Opening Expert Reports. |
| January 24, 2022 | Rebuttal Expert Reports. |
| February 14, 2022 | Close of Expert Discovery. |
| February 21, 2022 | Deadline for the second of two meet and confer to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| February 28, 2022 | Dispositive motion deadline and *Daubert* motion deadline.<br><br>See General Issues Note #8 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). |
| March 14, 2022 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). |
| March 28, 2022 | Serve objections to pretrial disclosures/rebuttal disclosures. |

4

| Date | Event |
|---|---|
| April 4, 2022 | Serve objections to rebuttal disclosures and File Motions *in limine*. |
| April 11, 2022 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. |
| April 18, 2022 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com.<br><br>Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| April 29, 2022 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| May 2, 2022 | Final Pretrial Conference. |
| May 23, 2022 | Jury Selection/Trial. |

SIGNED this _____ day of _____, 20____.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

Date: February 4, 2021

Respectfully submitted,

| | |
|---|---|
| FOLIO LAW GROUP PLLC | ALSTON & BIRD LLP |
| | |
| */s/ Cristofer I. Leffler* | By: */s/ Michael J. Newton* |
| Cristofer I. Leffler, WA Bar No. 35020 | Michael J. Newton (TX Bar No. 24003844) |
| **Folio Law Group PLLC** | **ALSTON & BIRD LLP** |
| 14512 Edgewater Lane NE | 2200 Ross Avenue, Suite 2300 |
| Lake Forest Park, WA 98155 | Dallas, Texas 75201 |
| Tel:    (206) 512-9051 | Phone: (214) 922-3400 |
| Email: cris.leffler@foliolaw.com | Fax:    (214) 922-3899 |
| | Email:  mike.newton@alston.com |
| | |
| Joseph M. Abraham, TX SB No. 24088879 | Ross R. Barton (NC Bar No. 37179) |
| **Law Office of Joseph M. Abraham, PLLC** | **ALSTON & BIRD LLP** |
| 13492 Research Blvd., Suite 120, No. 177 | 101 South Tyron Street, Suite 4000 |
| Austin, TX 78750 | Charlotte, North Carolina 28280 |
| T: 737-234-0201 | Phone: (704)444-1000 |
| Email: joe@joeabrahamlaw.com | Fax:    (704)444-1111 |
| | Email:  ross.barton@alston.com |
| *Attorneys for Dali Wireless, Inc.* | *Attorneys for Defendants Corning, Inc. and Corning Optical Communications LLC* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of February, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Cristofer I. Leffler
Cristofer I. Leffler
