**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| **DALI WIRELESS, INC.,**<br><br>      **Plaintiff,**<br><br>  **v.**<br><br>**CORNING, INC. and CORNING**<br>**OPTICAL COMMUNICATIONS LLC,**<br><br>      **Defendant.** | **Civil Action No. 6:20-CV-01108-ADA**<br><br><br>**JURY TRIAL DEMANDED** |

<u>**CORNING, INC. AND CORNING OPTICAL COMMUNICATIONS LLC'S**</u>
<u>**STATUS REPORT REGARDING THEIR MOTION TO TRANSFER VENUE**</u>
<u>**PURSUANT TO 28 U.S.C. § 1404(a)**</u>

## STATUS REPORT

Defendants Corning, Incorporated and Corning Optical Communications LLC (collectively, "Corning") hereby submit this status report pursuant to the Court's June 8, 2021 Amended Standing Order Regarding Motion for Inter-District Transfer.

On December 30, 2020, Corning filed their Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a). *See* Dkt. 12. Thereafter, Plaintiff Dali Wireless, Inc. ("Dali") took venue-related discovery of Corning.

On April 23, 2021, Dali filed its Opposition to the Corning Defendants' Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a). *See* Dkt. 20.

On April 30, 2021, Corning filed their Reply in Support of Their Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a). *See* Dkt. 25.

On May 14, 2021, Dali's counsel emailed the Court advising that the Parties have not identified any disputes concerning claim construction and that the July 26 Markman hearing can be vacated.

Therefore, Corning's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) has been fully briefed, remains pending, and is ready for resolution.

Dated: June 14, 2021

Respectfully submitted,

By: */s/ Michael J. Newton*
Michael J. Newton (TX Bar No. 24003844)
**ALSTON & BIRD LLP**
Chase Tower
2200 Ross Avenue, Suite 2300
Dallas, TX 75201-2748
Phone: (214) 922-3423
Fax: (214) 922-3899
mike.newton@alston.com

1

Ross R. Barton (NC Bar No. 37179)
**ALSTON & BIRD LLP**
101 South Tyron Street, Suite 4000
Charlotte, North Carolina, 28280
Phone: (704) 444-1287
Fax:     (704) 444-1111
ross.barton@alston.com


*Attorneys for Corning, Inc. and Corning*
*Optical Communications LLC*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on June 14, 2021.

*/s/ Michael J. Newton*