# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| DALI WIRELESS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CORNING, INC. and CORNING OPTICAL COMMUNICATIONS LLC, <br><br> Defendants. | Civil Action No. 6:20-CV-01108-ADA |

## **NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, Yuri Mikulka, enters her appearance in the above-referenced proceeding for Defendants Corning, Inc. and Corning Optical Communications LLC (collectively, "Corning"). Ms. Mikulka is admitted to practice in this Court, and Corning respectfully requests that the Court take note of this Notice of Appearance and make Yuri Mikulka one of its attorneys of record in this lawsuit. Copies of all communications and other documents filed in the above-referenced proceedings that are not filed via ECF should be emailed or faxed to Yuri Mikulka at the address set forth below.

Dated: June 16, 2021

Respectfully submitted,

*/s/ Yuri Mikulka*
Yuri Mikulka (CA Bar 185926)
**ALSTON & BIRD LLP**
333 S. Hope Street, 16th Floor
Los Angeles, CA 90071
Phone: (213) 576 - 1000
Fax:    (213) 576- 1100
Email: yuri.mikulka@alston.com

        Michael J. Newton (TX Bar No. 24003844)
**ALSTON & BIRD LLP**
2200 Ross Avenue, Suite 2300
Dallas, Texas 75201
Phone: (214) 922-3400
Fax:    (214) 922-3899
Email:  mike.newton@alston.com

Ross R. Barton (NC Bar No. 37179)
**ALSTON & BIRD LLP**
101 South Tyron Street, Suite 4000
Charlotte, North Carolina 28280
Telephone:  704-444-1000
Facsimile:  704-444-1111
Email:  ross.barton@alston.com

*Attorneys for Defendants Corning, Inc. and Corning Optical Communications LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing document has been served on June 16, 2021, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

                                              */s/ Yuri Mikulka*
                                              Yuri Mikulka