# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| DALI WIRELESS, INC. | § | |
| | § | CIVIL NO: |
| vs. | § | WA:20-CV-01108-ADA |
| | § | |
| CORNING, INC., CORNING OPTICAL COMMUNICATIONS LLC | § | |

## ORDER CANCELLING MARKMAN HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **MARKMAN HEARING** on **Monday, July 26, 2021 at 09:30 AM is hereby CANCELLED until further order of the court**.

IT IS SO ORDERED this 20th day of July, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE